STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant GARY DARTEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 15-011-KAW |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 10, 2015 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER |
| v. | ) | |
| GARY DARTEZ | ) | |
| Defendant. | ) | Hearing Date: MARCH 3, 2015 |
| | ) | Time:        9:30 a.m. |

The above-captioned matter is set on March 3, 2015 before the Oakland Duty Magistrate for a SETTING OF MOTIONS/CHANGE OF PLEA hearing. The parties jointly request that the Court continue the matter to March 10, 2015 at 9:30 a.m. before the Oakland Duty Magistrate. The parties stipulate that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(b),(h)(7)(A) and (B)(iv), between the date of this Stipulation and March 10, 2015.

The parties have reached a resolution of the case. An agreement must now be drafted, reviewed by Mr. Dartez, accepted, and provided to the court in advance of the hearing. The parties need additional time to conduct these steps in the process. Accordingly, the parties agree that the period of time from the date of this stipulation to March 10, 2015, should be

Stip. Req. To Continue Hearing Date and to
Exclude Time

1 | excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
2 | 3161(b),(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account
3 | the exercise of due diligence.

6 | DATED: March 2, 2015                                  /s/
                                                  PHILIP KOPCZYNSKI
7 |                                                Special Assistant United States Attorney

9 | DATED: March 2, 2015                                  /s/
                                                  JOHN PAUL REICHMUTH
                                                  Assistant Federal Public Defender
10 |                                               Counsel for Mr. Dartez

Stip. Req. To Continue Hearing Date and to
Exclude Time                                          2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. That the parties need time to prepare a draft plea agreement and the defense needs time to assess and discuss a proposed plea offer with Mr. Dartez;

2. That these tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

3. That the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, it is hereby

ORDERED that the matter be continued to March 10, 2015 at 9:30 a.m. before the Oakland Duty Magistrate for CHANGE OF PLEA; it is further

ORDERED that time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b),(h)(7)(A) and (B)(iv), from the date of this Stipulation until March 10, 2015.

March  2  , 2015

_____
HON. KANDIS WESTMORE
United States Magistrate Judge